THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICLAS FOSTER, as Personal Representative of the Estate of MEIKE FOSTER,

        Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC., *et al.*,

        Defendants.

CASE NO. C17-1727-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated amended motion to set expert witness disclosure deadlines (Dkt. No. 20). Finding good cause, the motion (Dkt. No. 20) is GRANTED. The parties shall make expert disclosures in accordance with the following deadlines:

| Event | Deadline |
| --- | --- |
| Plaintiff's Expert Disclosures (FRCP 26(a)(2)) | September 24, 2018 |
| Defendants' Expert Disclosures (FRCP 26(a)(2)) | October 24, 2018 |
| Defendants' Rebuttal Expert Disclosures | October 24, 2018 |
| Plaintiffs' Rebuttal Expert Disclosures | November 26, 2018 |

MINUTE ORDER
C17-1727-JCC
PAGE - 1

This order does not affect any other deadlines as established by the Court's scheduling order (Dkt. No. 15).

DATED this 27th day of July 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-1727-JCC
PAGE - 2