THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER, as Personal Representative of the Estate of MEIKE FOSTER,<br><br>Plaintiff,<br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., *et al.*,<br><br>Defendants. | CASE NO. C17-1727-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second amended stipulated motion to set expert witness disclosure deadlines (Dkt. No. 22). Finding good cause, the motion (Dkt. No. 22) is GRANTED. The parties shall make expert disclosures in accordance with the following deadlines:

| Event | Deadline |
|---|---|
| Plaintiff's Expert Disclosures (FRCP 26(a)(2)) | October 26, 2018 |
| Defendants' Expert Disclosures (FRCP 26(a)(2)) | November 27, 2018 |
| Plaintiff's Rebuttal Expert Disclosures | January 4, 2019 |
| Defendants' Rebuttal Expert Disclosures | February 4, 2019 |

This order does not affect any other deadlines as established by the Court's scheduling order (Dkt. No. 15).

DATED this 3rd day of August 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk