UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICLAS FOSTER, as Personal Representative of the Estate of MEIKE FOSTER,

Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC., *et al.*,

Defendants.

CASE NO. C17-1727-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain pretrial deadlines (Dkt. No. 24). Finding good cause, the motion (Dkt. No. 24) is GRANTED. The Court ENTERS the following pretrial deadlines:

| Event | Deadline |
| --- | --- |
| Plaintiff's Expert Rebuttal Disclosures | January 18, 2019 |
| Defendants' Expert Rebuttal Disclosures | February 18, 2019 |
| Mediation Deadline | February 28, 2019 |
| Discovery cutoff | February 28, 2019 |

This order does not affect any other deadlines as established by the Court's scheduling

order (Dkt. No. 15).

DATED this 26th day of December 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk