UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER, as Personal Representative of the Estate of MEIKE FOSTER,<br><br>               Plaintiff,<br>     v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., *et al.*,<br><br>               Defendants. | CASE NO. C17-1727-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding confidential information (Dkt. No. 26). Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 26) and ENTERS the following stipulation:

**STIPULATION**

The parties to this case wish to resolve—via stipulation and court order—a discovery dispute relating to the disclosure of names and contact information for certain Honda CR-V owners who contacted American Honda Motor Co., Inc. ("AHM") about a fire they experienced in a 2012-2016 Honda CR-V. Given Magistrate Donohue's recent oral rulings in the Black v.

Pride Mobility case (Case No. 2:15-cv-02008-TSZ), which was previously pending in the USDC for the Western District of Washington, AHM hereby agrees to immediately produce unredacted copies of the previously produced reports that contain those names and contact information for the list of vehicles identified in Ann O'Neil's January 18, 2019 email to counsel for AHM, along with a privilege log pertaining to any information withheld. In exchange for this release of information, Plaintiff and his attorneys hereby agree that they will treat the unredacted reports and/or the consumer's names and/or contact as confidential pursuant to this Court's sharing order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

KELLER ROHRBACK L.L.P.

DATED:    2/5/2019                    By */s/ David J. Russell*
                                      David J. Russell, WSBA #17289
                                      1201 Third Avenue, Suite 3200
                                      Seattle, WA  98101
                                      drussell@kellerrohrback.com
                                      Attorneys for Defendants

SCHROETER GOLDMARK & BENDER

DATED:    2/5/2019                    By */s/ Peter O'Neil*
                                      Thomas J. Breen, WSBA #34574
                                      Peter O'Neil, WSBA #28198
                                      Kristin Houser, WSBA #7286
                                      810 Third Avenue, Suite 500
                                      Seattle, WA  98104
                                      breen@sgb-law.com
                                      peteroneil@peteroneil.org
                                      houser@sgb-law.com
                                      Attorneys for Plaintiff

1

2          DATED this 6th day of February 2019.

3                                                   William M. McCool
                                                    Clerk of Court
4
                                                    s/Tomas Hernandez
5                                                   Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26