THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER, as Personal Representative of the Estate of MEIKE FOSTER,<br><br>               Plaintiff,<br>    v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., *et al.*,<br><br>               Defendants. | CASE NO. C17-1727-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset the trial date (Dkt. No. 35). Finding good cause, and in accordance with the Court's prior order (Dkt. No. 34), the parties' stipulated motion (Dkt. No. 35) is GRANTED. The Court ENTERS the following amended case schedule:

| Event | Deadline |
|---|---|
| Deadline for Defendants' to depose Plaintiff's rebuttal expert | September 5, 2019 |
| Deadline for Defendants to disclose rebuttal experts | September 20, 2019 |
| Deadline for Plaintiff to depose rebuttal experts | October 5, 2019 |

| Pretrial order | October 21, 2019 |
| --- | --- |
| Trial briefs, proposed voir dire, proposed jury instructions | October 25, 2019 |
| Jury Trial | November 4, 2019 |

DATED this 21st day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk