THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER, as Personal Representative of the Estate of MEIKE FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR COMPANY, INC., *et al.*, <br><br> Defendants. | CASE NO. C17-1727-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a pretrial hearing (Dkt. No. 39). Finding good cause, the motion is GRANTED. The Court hereby schedules an evidentiary hearing for October 1, 2019 at 9:00 a.m. No later than August 2, 2019, the parties shall file a proposed briefing schedule regarding the content and scope of the pretrial hearing.

DATED this 19th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk