THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER, | CASE NO. C17-1727-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMERICAN HONDA MOTOR COMPANY INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' proposed briefing schedule for the October 1, 2019 pretrial evidentiary hearing (Dkt. No. 41). The Court ORDERS that:

1. The parties' briefs for the evidentiary hearing shall be filed no later than September 24, 2019.
2. The parties may file post-hearing briefs no later than October 8, 2019.

DATED this 13th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1727-JCC
PAGE - 1