THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER, | CASE NO. C17-1727-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMERICAN HONDA MOTOR COMPANY INC, *et al.* | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to extend rodent expert deposition dates and to strike Defendants' motion to exclude the supplemental report of Plaintiff's rodent expert (Dkt. No. 56). Finding good cause, the Court GRANTS the stipulated motion and ORDERS that:

1. Rodent expert depositions shall take place no later than October 22, 2019.
2. Defendants' motion to exclude the late-disclosed supplemental report of Plaintiff's rodent expert (Dkt. No. 42) is STRUCK.

//
//

DATED this 30th day of September 2019.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C17-1727-JCC
PAGE - 2