UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN HONDA MOTOR COMPANY INC,<br><br>              Defendant. | CASE NO. C17-1727-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      On October 1, 2019, the Court held a chambers conference with the parties' counsel to disclose a potential conflict because Judge Coughenour owns a 2014 Honda CR-V.

      DATED this 1st day of October 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk