UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICLAS FOSTER, | CASE NO. C17-1727-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMERICAN HONDA MOTOR COMPANY INC, *et al.* | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from this case.

DATED this 2nd day of October 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk