UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NICLAS FOSTER, as Personal Representative of the Estate of MEIKE FOSTER,

Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC., a foreign corporation; HONDA MOTOR COMPANY, LTD., a foreign corporation; HONDA NORTH AMERICA, INC., a foreign corporation; HONDA OF CANADA MANUFACTURING d/b/a HONDA OF CANADA, INC., a foreign corporation; HONDA R&D AMERICAS, INC., a foreign corporation,

Defendants.

No. 17-cv-01727-RSM

STIPULATED MOTION AND ORDER REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendants, that the following are EXCLUDED in evidence, statements, arguments, testimony, documents, references or inferences during any phase of the trial in this matter, including jury selection, opening statements, closing arguments, witness testimony, or at any other time:

A. Statements made during settlement negotiations;

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

B. References to discovery disputes;

C. References to relative financial status of the parties;

D. Evidence or argument about alleged loss of consortium experienced by Ms. Foster's grandchildren;

E. Statements identical or similar to the following:

    1. Product liability law is unfair to manufacturers;

    2. Damage awards could put manufacturer out of business or cause jobs to be lost;

    3. Damage awards may increase cost of vehicles; and

    4. Anyone can file lawsuit against manufacturer that has no merit if they just pay court costs

F. Opinion testimony from police officers, firemen, EMTs and healthcare providers on whether Honda was negligent or whether vehicle was defective;

G. Opinion testimony from police officers, firemen, EMTs and healthcare providers on other accidents or injuries with dissimilar vehicles or circumstances;

H. Any suggestion by Defendants' lawyers, witnesses, experts or otherwise, that they are so confident in the alleged safety of the Honda that they drove their vehicles, or their relatives or employees or anyone associated with the court or case have driven their vehicles. This does not apply to questions that may be asked of potential jurors during jury selection.

I. Defendants cannot introduce evidence re: Meike Foster being under the influence of drugs, or intoxicated or over the legal limit to drive;

J. Irrelevant, prejudicial evidence and arguments, such as:

    1. Honda's "good acts";

STIPULATED MOTION AND ORDER REGARDING
ADMISSIBILITY OF EVIDENCE AT TRIAL
(17-cv-01727-RSM) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2. Honda is a "family company"

The parties respectfully request the Court sign the Proposed Order below endorsing this stipulation.

DATED this 3rd day of February, 2020.

| SCHROETER GOLDMARK & BENDER | KELLER ROHRBACK L.L.P. |
|---|---|
| By *s/ Thomas J. Breen* <br> Thomas J. Breen, WSBA #34574 <br> Peter O'Neil, WSBA #28198 <br> Sergio Garcidueñas-Sease, WSBA #46958 <br> 810 Third Avenue, Suite 500 <br> Seattle, WA 98104 <br> Phone: (206) 623-1900 <br> Fax: (206) 623-3384 <br> E-mail: breen@sgb-law.com; <br>   peter@peteroneil.org; <br>   sergio@sgb-law.com <br> *Attorneys for Plaintiff* | By *s/David J. Russell* <br> David J. Russell, WSBA #17289 <br> Keller Rohrback L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Phone: (206) 623-1900 <br> Fax: (206) 623-3384 <br> E-mail: drussell@kellerrohrback.com <br> *Attorneys for Defendants* |

STIPULATED MOTION AND ORDER REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL (17-cv-01727-RSM) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## II. ORDER

THIS MATTER having come before the undersigned judge pursuant to the foregoing stipulation, and the Court being fully advised, it is hereby ORDERED as follows:

1. The following are EXCLUDED in evidence, statements, arguments, testimony, documents, references or inferences during any phase of the trial, including jury selection, opening statements, closing arguments, witness testimony, or at any other time:

   A. Statements made during settlement negotiations;

   B. References to discovery disputes;

   C. References to financial status of the parties;

   D. Evidence or argument about alleged loss of consortium experienced by Ms. Foster's grandchildren;

   E. Any statement identical or similar to the following:

      1. Product liability law is unfair to manufacturers;

      2. Damage awards could put manufacturer out of business or cause jobs to be lost;

      3. Damage awards may increase cost of vehicles; and

      4. Anyone can file lawsuit against manufacturer that has no merit if they just pay court costs

   F. Opinion testimony from police officers, firemen, EMTs and healthcare providers on whether Honda was negligent or whether vehicle was defective;

   G. Opinion testimony from police officers, firemen, EMTs and healthcare providers on other accidents or injuries with dissimilar vehicles or circumstances;

STIPULATED MOTION AND ORDER REGARDING
ADMISSIBILITY OF EVIDENCE AT TRIAL
(17-cv-01727-RSM) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

H. Any suggestion by Defendants' lawyers, witnesses, experts or otherwise, that they are so confident in the alleged safety of the Honda that they drove their vehicles, or their relatives or employees or anyone associated with the court or case have driven their vehicles. This does not apply to questions that may be asked of potential jurors during jury selection.

I. Defendants cannot introduce evidence re: Meike Foster being under the influence of drugs, or intoxicated or over the legal limit to drive;

J. Irrelevant, prejudicial evidence and arguments, such as:

1. Honda's "good acts";

2. Honda is a "family company"

DATED this 6th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

KELLER ROHRBACK L.L.P.

By *s/ David J. Russell*
David J. Russell, WSBA #17289
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
E-mail: drussell@kellerrohrback.com
*Attorneys for Defendants*

STIPULATED MOTION AND ORDER REGARDING
ADMISSIBILITY OF EVIDENCE AT TRIAL
(17-cv-01727-RSM) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

SCHROETER GOLDMARK & BENDER

By *s/ Thomas J. Breen*
  Thomas J. Breen, WSBA #34574
  Peter O'Neil, WSBA #28198
  Sergio Garcidueñas-Sease, WSBA #46958
  810 Third Avenue, Suite 500
  Seattle, WA 98104
  Phone: (206) 623-1900
  E-mail:  breen@sgb-law.com;
    peter@peteroneil.org;
    sergio@sgb-law.com
  *Attorneys for Plaintiff*

4827-4428-2803, v. 1

STIPULATED MOTION AND ORDER REGARDING
ADMISSIBILITY OF EVIDENCE AT TRIAL
(17-cv-01727-RSM) - 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384